IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CADARRO GIBSON**                                                               **PLAINTIFF**
ADC # 163410

v.                       **CASE NO. 5:18-CV-00022-BSM**

**JOSEPH O'NEAL**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of March, 2023.

                                                       _/s/ Brian S. Miller_
                                                       UNITED STATES DISTRICT JUDGE